

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-15-00465-CV

Style:     Darrell Julian and Ted Hennis v. Cadence McShane Construction

Company, LLC and Pinpoint Commercial LP, General Partner of PPC

GP, LLC

Date motion filed[*]:     May 26, 2015

Type of motion:     Motion to Extend the Time to File the Notice of Appeal

Party filing motion:     Appellants

Document to be filed:     N/A

Is appeal accelerated?     Yes

If motion to extend time:

     Original due date:     May 11, 2015 (Notice of appeal deadline)

     Number of extensions granted:     0     Current Due Date:  N/A

     Date Requested:     May 26, 2015

Ordered that motion is:

     ☑ Granted

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

     Appellants' motion to extend the time to file their notice of appeal, because they
     miscalendared the deadline to appeal the interlocutory order denying their special
     appearance, is **granted** because it was filed within the 15-day grace period of the
     notice of appeal deadline and is a reasonable explanation. *See* TEX. CIV. PRAC. & REM.
     CODE § 51.014(a)(7) (West Supp. 2014); TEX. R. APP. P. 26.1(b), 26.3; *Hone v.*
     *Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003).

Judge's signature: /s/ Laura C. Higley
          ☒ Acting individually     ☐ Acting for the Court

Date: June 9, 2015